## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON, ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

        Plaintiffs,

Docket Number: 08CV1876

Assigned Judge:
    JUDGE LEFKOW

    v.

Designated
Magistrate Judge:
    MAGISTRATE JUDGE DENLOW

PETRO PAVING, INC.,

        Defendant.

TO:    Petro Paving, Inc.
       c/o William A. Hellyer, Registered Agent
       444 N. Route 31, Suite 100
       Crystal Lake, IL 60012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

d upon you, within **twenty (20) day**
) so, judgment by default will be tal
ith the Clerk of this Court within a

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

April 2, 2008

Date



## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: April 9, '08 |
|---|---|

| NAME OF SERVER (PRINT) Mr. Don Johnson - Special Process Server | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service-*

XXX    Served personally upon the defendant. Place where served: Personally handed the Summons & Complaint to Attorney William Hellyer, R/A for the defendant, Petro Paving, Inc. Service was effected at 444 N.Route # 31, Crystal Lake, Il.

[_]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[_]    Returned unexecuted: _____

_____

_____

[_]    Other (specify): _____

_____

_____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 9th, 2008    _____
                    Date                            Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
Address of Server