**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PETRO PAVING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.  08 C 1876 ) ) ) ) ) ) ) Judge Lefkow ) Magistrate Judge Denlow ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT AGAINST**
**DEFENDANT PETRO PAVING COMPANY, INC., AND ENTRY OF FINAL ORDER**

Plaintiffs MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH

and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH and WELFARE

FUND ("Welfare Fund") and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH,

GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS'

PENSION FUND ("Pension Fund") (collectively, "the Funds"), through their attorneys, Dowd,

Bloch & Bennett, pursuant to Fed.R.Civ.P. 55(b)(2), respectfully move this Court for a default

judgment, in the form of the attached proposed order, against Defendant PETRO PAVING

COMPANY, INC. (hereinafter the "Defendant Company").  In support of this motion, Plaintiffs

state as follows:

1.      This is a claim against Defendant Company for delinquent reports and contributions due to employee fringe benefit funds under Section 515 of ERISA, 29 U.S.C. § 1145 and enforceable under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185.

2.      The Funds filed a Complaint on April 1, 2008, seeking the following relief from the Defendant Company:

(a) That Judgment be entered in favor of the Plaintiffs and against the Defendant Company, finding it liable to the Funds and Affiliated Organizations for the delinquent contributions owed to date, interest, liquidated damages, attorneys' fees and court costs;

(b) That the Defendant Company be ordered to pay to Plaintiffs all delinquent contributions to date, all accrued delinquencies after the filing of this suit, interest and liquidated damages;

(c) That the Defendant Company be ordered to pay to Plaintiffs all reasonable attorneys' fees and costs incurred in pursuing collections;

(d) That the Defendant Company be ordered to obtain and provide the Plaintiffs with a $5,000.00 bond in the form provided as Exhibit A to the Complaint or, in the alternative, to provide a payment to the Plaintiffs in the amount of $5,000.00 to be held as a cash bond; and

(e) For such other legal and equitable relief as the Court deems just and proper.

3.      The Defendant Company was served with a summons and a copy of the Complaint on April 9, 2008 and its Answer was due on April 29, 2008.  Return of Service was filed with the

2

Clerk of the Court on April 23, 2008. A copy of the filing is attached as Exhibit A. As of the date this Motion was filed, the Defendant Company had not filed an appearance and/or answered or otherwise plead to the Complaint.

4.    The Construction and General Laborers' District Council of Chicago and Vicinity ("District Council") and the Defendant Company are now and at all relevant times have been parties to successive collective bargaining agreements (herein "Agreement"), which obligate the Defendant Company to make monthly contributions to the Funds on behalf of its employees covered by the Agreement for health and welfare, pension benefits and for deductions and contributions for the Affiliated Organizations; the Agreement also requires the Defendant Company to submit monthly remittance reports in which the Defendant Company, *inter alia,* identifies the employees covered under the Agreement and the amount of contributions remitted to the Funds and the Affiliated Organizations on behalf of each covered employee.

5.    Notwithstanding its obligations under the Agreement, for the period of September 2007 to present, the Defendant Company has failed to timely report and remit contributions owed to the Funds and Affiliated Organizations.

6.    As a result, under ERISA Section 502(g)(2), 29 U.S.C. §1132(g)(2), the terms of the Agreement, and the Funds' and Affiliated Organizations' governing trust documents, the Defendant Company is liable to the Funds for unpaid contributions, interest, liquidated damages in the amount of 20%, and reasonable attorneys' fees and court costs.

7.    The Defendant Company also owed late fees of $4,708.85 for various untimely remittances during the work months of November 2006 through August 2007. On or about March 3, 2008, the Defendant Company made a payment of $4,708.85 for those late fees; however, no

payment was made for the contributions, interest and liquidated damages owed for periods after August 2007.

8.      Pursuant to Article VI of the Agreement, the Defendant Company is also required to procure,  carry and maintain a surety bond in favor of the Funds in form and amount satisfactory to the Funds and District Council, but not less than the sum of $5,000.00, to guarantee the payment of wages as well as Pension and Welfare Trust contributions, during the terms of the Agreement.

9.      Despite demand being duly made, the Defendant Company has also failed to post the required bond.

10.     By failing to timely remit contributions and reports to the Funds and to post the required $5,000.00 bond, the Defendant Company has breached the Agreement.

11.     Based on hours the Defendant Company has reported to the Funds for the work months of September 2007 through March 2008 and after the March 3, 2008 payment is applied, the Defendant Company owes the following amounts, not including attorneys' fees and costs or the bond amounts:

|  | **DELINQUENCY** |
|---|---|
| Contributions (09/07-03/08) | $ 13,381.25 |
| Liquidated Damages @ 20% | $  2,676.25 |
| Prior Statement of LDs/Interest | $   4,708.85 |
| **Total Due** | **$ 20,766.35** |
| Prior Payment | ($   4,708.85) |
| **Balance Due** | **$ 16,057.50** |

See Exhibit "B" Affidavit of Patricia Shales attached hereto and made a part hereof.

12.     Based on the amount of work Plaintiffs' counsel has completed to date and the work Plaintiffs' counsel anticipates doing in the future to bring this matter to conclusion, Plaintiffs have incurred or will incur attorneys' fees and costs in the amount of $2,935.25 (Exhibit "C", Affidavit

4

of LaKisha M. Kinsey-Sallis).

13.    Accordingly, the Plaintiffs are entitled to recover the total amount of **$18,992.75** for all delinquent amounts and reasonable fees and costs owed to date , which is based on the following:

|  | **DELINQUENCY** |
|---|---|
| Contributions (09/07-03/08) | $ 13,381.25 |
| Liquidated Damages @ 20% | $ 2,676.25 |
| Prior Statement of LDs/Interest | $ 4,708.85 |
| Attorneys' Fees & Costs | $ 2,935.25 |
| **Total Due** | **$ 23,701.60** |
| Prior Payment | ($ 4,708.85) |
| **Balance Due** | **$ 18,992.75** |

14.    Additionally, Plaintiffs are entitled to recover an additional $5,000.00 as a cash bond or alternatively, the Defendant Company is required to post a bond in the amount of $5,000.00.

WHEREFORE, for the reasons stated above, Plaintiffs  respectfully request this Court to enter a judgment by default against PETRO PAVING COMPANY, INC., in the form provided in the attached proposed Order, in the amount of **$18,992.75** and order the Defendant Company to obtain and provide the Plaintiffs with a $5,000.00 bond in the form provided as Exhibit A to the Complaint or, in the alternative, to provide an additional payment to the Funds in the amount of $5,000.00 to be held as a cash bond.

Respectfully Submitted,


/s/LaKisha M. Kinsey-Sallis
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN
BREJC, TOBY KOTH and VERN BAUMAN as Trustees
of THE FOX VALLEY LABORERS' HEALTH AND
WELFARE FUND, and MIKE SHALES, JOHN BRYAN
Sr., AL OROSZ, TOBY KOTH, GORDON, ANDERSON
and DAN BREJC as Trustees of THE FOX VALLEY
LABORERS' PENSION FUND,

           Plaintiffs,

Docket Number: 08CV1876

Assigned Judge:
        JUDGE LEFKOW

        v.

Designated
Magistrate Judge:
        MAGISTRATE JUDGE DENLOW

PETRO PAVING, INC.,

           Defendant.

TO:    Petro Paving, Inc.
       c/o William A. Hellyer, Registered Agent
       444 N. Route 31, Suite 100
       Crystal Lake, IL 60012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

        LaKisha M. Kinsey-Sallis
        Dowd, Bloch & Bennett
        8 South Michigan Avenue, 19th Floor
        Chicago, IL 60603

        d upon you, within **twenty (20) da**
        s so, judgment by default will be ta
        ith the Clerk of this Court within a

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**April 2, 2008**

Date



# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: April 9, '08 |

| NAME OF SERVER (PRINT) Mr. Don Johnson – Special Process | TITLE Server |
|---|---|

*Check one box below to indicate appropriate method of service.*

**XXX**  Served personally upon the defendant. Place where served: Personally handed the Summons & Complaint to Attorney William Hellyer, R/A for the defendant, Petro Paving, Inc. Service was effected at 444 N.Route # 31, Crystal Lake,Il.

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[_]  Returned unexecuted: _____

_____

_____

[_]  Other (specify): _____

_____

_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 9th, 2008
　　　　　　　Date

Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
Address of Server

## AFFIDAVIT OF PATRICIA M. SHALES

COUNTY OF KANE        )
                             ) SS
STATE OF ILLINOIS     )

I, Patricia M. Shales, of full age, being duly sworn on my oath, hereby depose and say as follows:

1.      I am the Administrative Manager of the Fox Valley Laborers Fringe Benefit Funds, (the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2.      I have responsibility for maintaining Petro Paving Company Inc.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds. I have similar responsibilities on behalf of Plaintiffs for employers who are signatory to collective bargaining agreements with the Laborers' District Council and/or Fox Valley area local unions requiring employer contributions to the Funds.

3.      Pursuant to the terms of the collective bargaining agreements, signatory employers are required to make contributions to the Funds on behalf of their covered employees.

4.      The Defendant Petro Paving Company, Inc. (hereinafter "Defendant Company"), is signatory on the collective bargaining agreements. As a result, at all times relevant to this lawsuit, the Defendant Company was required to file monthly reports and contribute $13.87 per hour, per employee, to the Funds.

5.      Under the collective bargaining agreements and trust agreements, delinquent contributions to the Funds incur liquidated damages of 10%, which increases to 20% once a lawsuit



is filed; and under the labor agreement and trust agreements, employers are liable for interest on delinquent contributions at a rate of 2% compounded monthly until paid, and attorneys' fees and other costs of collection.

6.      For the period of September 2007 and continuing to the present, the Defendant Company has failed to timely report and pay contributions to the Funds.

7.      For various months during the period of November 2006 and August 2007, the Defendant Company also incurred late fees totaling $4,708.85 for those untimely remittance. On March 3, 2008, the Defendant Company remitted a payment for $4,708.85 for those late fees.

8.      Based on reports remitted to the Funds for the period of September 2007 through March 2008, the Defendant Company owes the following amounts for unpaid contributions, interest and liquidated damages but not including a bond or attorney's fees and costs, for which the Defendant Company is also liable to pay:

|  | **DELINQUENCY** |
|---|---|
| Contributions (09/07-03/08) | $ 13,381.25 |
| Liquidated Damages @ 20% | $   2,676.25 |
| Prior Statement of LDs/Interest | $   4,708.85 |
| **Total Due** | **$ 20,766.35** |
| Prior Payment | ($   4,708.85) |
| **Balance Due** | **$ 16,057.50** |

See Reports Attached Hereto as Exhibit "1".

9.      Additionally, pursuant to the Defendant Company's Agreement and the Funds' Collection Procedures, the Defendant Company is also required to post a bond in the amount of $5,000.00, which is has failed to do.

10.     Accordingly, the Defendant Company owes a total of $16,057.50 to the Funds in delinquent contributions, interest and liquidated damages. This amount does not include attorneys'

fees and costs of collection or the amounts required to be posted as and for a bond.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Patricia M. Shales

Subscribed and sworn to by
Patricia M. Shales, whose signature
is known to me, this _8TH_ day of
_MAY_____, 2008,

"OFFICIAL SEAL"
ELSA I. CONTRERAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2009

Notary Public

FUND OFFICE COPY

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
(xxx) xxx-xxxx



1551

8012    JM    JOURNEYMAN

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

The undersigned employer, if not
already a signator, hereby becomes a
signatory party to the currently applic-
able collective bargaining agreement
with the District Council or Local of the
Union covering the type and area of
work of the listed employees and also
to each agreement and Declaration of
Trust, and amendments, establishing
the funds for which payment is made
herewith.

IL SMALL PAVERS ASSOCIATION          SEPTEMBER  2007

| SOCIAL SECURITY NUMBER | NAME | | HOURS WORKED | GROSS WAGES |
|---|---|---|---|---|
| ███████ | MARTINEZ, DIEGO | 582 | 102.0 | 2621.50 |
| ███████ | CASTILLO, MAYOLO | 582 | 125.0 | 2574.50 |
| ███████ | TINAJERO, JOSE | 582 | 100.5 | 1914.75 |
| | | | 327.5 | 7110.76 |

| | | | | |
|---|---|---|---|---|
| 13.87 | WELF & PEN | 13.65 X | 327.5 | (Tot Hrs Wrkd) = $ 4470.38 |
| | APPR (AA) | .22 X | | (Tot Hrs Wrkd) = $ 82.64 |

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE
AS THEY APPEARED ON YOUR LAST MONTHLY REPORT.
PLEASE INDICATE ANY CORRECTIONS.

IS THERE A GOOD THE NAME AND NUMBER OF SOCIAL SECURITY NUMBER
OF ALL EMPLOYEES COVERED WERE INCLUDED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

MAKE ONE CHECK PAYABLE TO:
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

EXHIBIT
B-1

4552.99

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504

1551

8012   JM   JOURNEYMAN

☐ No work 9th month
☐ PDNL report
☐ Send more forms
☐ Change of address
☐ Change in name

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

IL SMALL PAVERS ASSOCIATION

OCTOBER    2007

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | GROSS WAGES |
|---|---|---|---|---|
| ███████ | CASTILLO MAYOLO | 582 | 139.0 | 2883.25 |
| ███████ | MARTINEZ DIEGO | 582 | 143.0 | 3736.25 |
| ███████ | TINAJERO ALFREDO | 582 | 131.0 | 2562.26 |
| | | | | |
| | | TOTALS | 413.5 | 9181.76 |

| | | | | | |
|---|---|---|---|---|---|
| 13.87 | WELF & PEN | 13.65 | X 413.5 | (Tot Hrs Wrkd) = | $ 5644.28 |
| | APPR (AA) | .22 | X 413.5 | (Tot Hrs Wrkd) = | $ 90.97 |

NOTE: THE MAILING OF THIS FPY FORM TO THE ADMINISTRATIVE AGENCY ARE A PREVIEW OF THE VIOLATION OF A TRUST. PLEASE FORWARD ANY CORRECTION.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WORK DID DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

☛ MAKE ONE CHECK PAYABLE TO:
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

TOTAL AMOUNT DUE    $ 5735.25

FUND OFFICE COPY

**FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**
**75 REMITTANCE DRIVE**
**SUITE #1504**
**CHICAGO, IL 60675-1504**
(847) 742-0900

ACCOUNT NO. 1551
FOR OFFICIAL USE ONLY

8012  JM  JOURNEYMAN

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to such agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

- [ ] No work this month
- [ ] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

PLEASE USE SEPARATE FORM FOR DIFFERENT RATES

IL SMALL PAVERS ASSOCIATION        NOVEMBER    2007

| SOCIAL SECURITY NUMBER | NAME | LOCAL NO. | HOURS WORKED | GROSS WAGES |
|---|---|---|---|---|
| ~~●●●●●●●~~ | CASTILLO MAYOLO | 582 | 84 | 1742.16 |
| ~~●●●●●●●~~ | MARTINEZ DIEGO | 582 | 70 | 1829.10 |
| ~~●●●●●●●~~ | TINAJERO ALFREDO | 582 | 69 | 1349.64 |
| | | | | |
| | | TOTALS | 223 | 4920.90 |

| | | | | | |
|---|---|---|---|---|---|
| 13.87 | WELF & PEN | 13.65 X | 223 | (Tot Hrs Wrkd) = $ | 3043.95 |
| | APPR (AA) | .22 X | 223 | (Tot Hrs Wrkd) = $ | 49.06 |

NOTE: THE NAME AND OR ORDER FUND TO BE FILLED BY EMPLOYER ONLY, AS THEY APPEAR FOR WORKERS WAGES REPORTED IN PAST. PLEASE INDICATE ANY CHANGES HERE.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF EMPLOYEES WORKING IN THE BUILDING THIS PERIOD.

IF FORMS ARE LATE BY THE 20TH OF EACH MONTH LATE FORMS ARE SUBJECT TO LIQUIDATED DAMAGES

MAKE ONE CHECK PAYABLE TO:
**FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**

TOTAL REMITTANCE   $   3093.01

MONTHLY REPORT OF PAYMENTS TO

**FUND OFFICE COPY**

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
**(847) 742-0900**

1551
FOR OFFICIAL USE ONLY

8012    JM   JOURNEYMAN

- [ ] No work this month
- [ ] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

| PLEASE USE SEPARATE FORM FOR DIFFERENT RATES | CODE | | REPORT MONTH | |
|---|---|---|---|---|
| JOB LOCATION | | IL SMALL PAVERS ASSOCIATION | DECEMBER | 2007 |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ~~XXXXXXXXX~~ | CASTILLO MAYOLO | 582 | 0 | | |
| ~~XXXXXXXXX~~ | MARTINEZ DIEGO | 582 | 0 | | |
| ~~XXXXXXXXX~~ | TINAJERO ALFREDO | 582 | 0 | | |
| | **TOTALS** | | 0 | | |

PLEASE SUPPLY BUSINESS PHONE NO.: (_____)

|  | | | | |
|---|---|---|---|---|
| 13.87 | WELF & PEN | 13.65 X _____ | (Tot Hrs Wrkd) = $ _____ |
| | APPR (AA) | .22 X _____ | (Tot Hrs Wrkd) = $ _____ |

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

| TOTAL AMOUNT DUE | $ |
|---|---|

MONTHLY REPORT OF PAYMENTS TO

**FUND OFFICE COPY**

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
**(847) 742-0900**

| ACCOUNT NO. |
| --- |
| 1551 |
| FOR OFFICIAL USE ONLY |

8012 JM JOURNEYMAN

☐ No work this month

☐ FINAL report

☐ Send more forms

☐ Change of address

☐ Change in name

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees; and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

| PLEASE USE SEPARATE FORM FOR DIFFERENT RATES | CODE | | REPORT MONTH | |
| --- | --- | --- | --- | --- |
| JOB LOCATION | IL SMALL PAVERS ASSOCIATION | | JANUARY | 2008 |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
| --- | --- | --- | --- | --- | --- |
| ●●●●●●●● | CASTILLO MAYOLO | 582 | ⟨○⟩ | | |
| ●●●●●●●● | MARTINEZ DIEGO | 582 | ⟨○⟩ | | |
| ●●●●●●●● | TINAJERO ALFREDO | 582 | ⟨○⟩ | | |

PLEASE SUPPLY BUSINESS PHONE NO.: (_____)

**TOTALS** ⟨○⟩

13.87    WELF & PEN    13.65  X _____ (Tot Hrs Wrkd) = $ _____
         APPR (AA)      .22  X _____ (Tot Hrs Wrkd) = $ _____

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE
AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT.
PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER
OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

| TOTAL AMOUNT DUE | $ |
| --- | --- |

MONTHLY REPORT OF PAYMENTS TO

**FUND OFFICE COPY**

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
**(847) 742-0900**

| ACCOUNT NO. |
|---|
| 1551 |
| FOR OFFICIAL USE ONLY |

8012    JM    JOURNEYMAN

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

☐ No work this month
☐ FINAL report
☐ Send more forms
☐ Change of address
☐ Change in name

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

JOB LOCATION          CODE          IL SMALL PAVERS ASSOCIATION

REPORT MONTH    FEBRUARY    2008

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | GROSS WAGES |
|---|---|---|---|---|
| ███████ | CASTILLO MAYOLO | 582 | | |
| ███████ | MARTINEZ DIEGO | 582 | | |
| ███████ | TINAJERO ALFREDO | 582 | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTALS** | | |

PLEASE SUPPLY BUSINESS PHONE NO.: (_____)

13.87    WELF & PEN    13.65    X _____    (Tot Hrs Wrkd) = $ _____
         APPR (AA)      .22    X _____    (Tot Hrs Wrkd) = $ _____

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WILL BE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

| TOTAL AMOUNT DUE | $ |
|---|---|

MONTHLY REPORT OF PAYMENTS TO

**FUND OFFICE COPY**

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
**(847) 742-0900**

ACCOUNT NO.

1551
FOR OFFICIAL USE ONLY

8012   JM   JOURNEYMAN

☐ No work this month

☐ FINAL report

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

☐ Send more forms

☐ Change of address

☐ Change in name

PETRO PAVING
3810 INDUSTRIAL AVE
ROLLING MEADOWS, IL 60008-1022

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

| JOB LOCATION | IL SMALL PAVERS ASSOCIATION | REPORT MONTH MARCH 2008 | | | | |
|---|---|---|---|---|---|---|
| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | | GROSS WAGES |
| ▬▬▬▬▬ | CASTILLO MAYOLO | 582 | ⊘ | | | |
| ▬▬▬▬▬ | MARTINEZ DIEGO | 582 | ⊘ | | | |
| ▬▬▬▬▬ | TINAJERO ALFREDO | 582 | ⊘ | | | |
| | | | | | | |
| | | **TOTALS** | ⊘ | | | |

PLEASE SUPPLY BUSINESS PHONE NO. (_____)_____

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 13.87 | WELF & PEN | 13.65 | X _____ | (Tot Hrs Wrkd) = $ _____ |
| | APPR (AA) | .22 | X _____ | (Tot Hrs Wrkd) = $ _____ |

**NOTE:** THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WORK FOR YOU DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

| TOTAL AMOUNT DUE | $ |
|---|---|

### AFFIDAVIT OF LAKISHA M. KINSEY-SALLIS

COUNTY OF COOK )
)  SS
STATE OF ILLINOIS )

I, LaKisha M. Kinsey-Sallis, of full age, being duly sworn on my oath, hereby depose and say as follows:

1.     I am an attorney admitted to the regular bar of this Court and the State of Illinois.

2.     I am an associate in the firm Dowd, Bloch & Bennett where I practice exclusively in the areas of ERISA, labor and employment law. In this position I have responsibility in representing Plaintiffs in case number 08-C-1876.

3.     This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

4.     Through the filing of this affidavit, the Firm has devoted a total of approximately 12.95 hours to the representation of the Fox Valley Laborers' Health and Welfare Fund and the Fox Valley Laborers' Pension Fund (collectively the "Funds") in connection with this case. This includes time spent conferring with my client, preparing correspondence to my client and to the Defendant, attempting to collect amounts due from the Defendant, discussing payment options and arrangements for posting a bond with the Defendant, reviewing correspondence and reports remitted by the Defendant and making calculations of the amounts owed, reviewing the Defendant's labor agreement, preparing the complaint and related documents, discussing the status of service on the Defendant with the process servers, researching the Defendant's corporate structure, reviewing orders entered by the Court and notifying the Defendant of the same, and preparing the motion for default judgment and related documents.



EXHIBIT
C

5.    The rate which our firm charges the Funds for my work is $155.00 per hour, $200.00 for Mr. J. Peter Dowd, $175.00 for the work of Ms. Michele M. Reynolds, and $115.00 for the work of law clerks.

6.    I anticipate I will devote at least three additional hours to the case in preparing for and attending the hearing on this motion, examining any order or orders that may be entered, and informing my client and the Defendant of the results; and I therefore seek recovery on behalf of the Funds the charge which will be made for three hours of my time in addition to the 12.95 hours described in ¶4, for a total of 15.95 hours.

7.    Based on 15.95 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $2,455.25.

8.    In addition, the Funds have incurred costs in the amount of $480.00, specifically $350.00 for the filing fee and $130.00 for process service.

9.    Accordingly, the Funds have incurred or will incur attorneys' fees and costs in the amount of $2,935.25.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.


LaKisha M. Kinsey-Sallis

Subscribed and sworn to
before me this 8TH day of
MAY        , 2008,


Notary Public

"OFFICIAL SEAL"
ELSA I. CONTRERAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2009

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** )<br><br>**and** ) | |
| | **Case No.  08 C 1876** |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** ) | |
| | **Judge Lefkow** |
| **Plaintiffs,** ) | **Magistrate Judge Denlow** |
| **v.** ) | |
| **PETRO PAVING, INC.,** ) | |
| **Defendant.** ) | |

**JUDGMENT BY DEFAULT AND ENTRY OF FINAL ORDER**

This matter came before the Court on Plaintiffs' Motion for Judgment by Default Against

Defendant PETRO PAVING COMPANY, INC., and Entry of Final Order.  The Court has examined

the Plaintiffs' submissions and is fully informed.  It appears that good cause exists for granting

Plaintiffs' motion:

WHEREAS, the Plaintiffs filed their Complaint on April 1, 2008 and the Defendant PETRO

PAVING COMPANY, INC., was served with a copy of the Complaint and Summons on April 9,

2008; and

1

WHEREAS, the Defendant has  failed to answer or otherwise plead;

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendant PETRO PAVING COMPANY, INC., in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against PETRO PAVING COMPANY, INC., as follows:

1.   Judgment is entered against PETRO PAVING COMPANY, INC., in the amount of **$18,992.75** and PETRO PAVING COMPANY, INC., is ordered to submit **$18,992.75** to the Plaintiffs within 10 days of the date of this Order for the following:

|  | **DELINQUENCY** |
|---|---|
| Contributions (09/07-03/08) | $ 13,381.25 |
| Liquidated Damages @ 20% | $   2,676.25 |
| Prior Statement of LDs/Interest | $   4,708.85 |
| Attorneys' Fees & Costs | $   2,935.25 |
| **Total Due** | **$ 23,701.60** |
| Prior Payment | ($   4,708.85) |
| **Balance Due** | **$ 18,992.75** |

2.     In addition, the Defendant is ordered to obtain and provide the Plaintiffs with a $5,000.00 bond in the form attached to the Complaint as Exhibit A or, in the alternative, to provide an additional payment to the Funds in the amount of $5,000.00 to be held as a cash bond.

So Ordered:

_____

Honorable Judge Joan Humphrey Lefkow


Dated: _____

## <u>CERTIFICATE OF SERVICE</u>

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Plaintiffs' Motion for Judgment by Default Against Defendant Petro Paving Company, Inc., and proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies faxed and mailed to the parties not eligible for e-filing on May 12, 2008, with proper postage prepaid at the addresses indicated.

TO:     Petro Paving Company, Inc.
        c/o William Straumann, President
        471 White Oak Drive
        Cary, IL 60073

        Petro Paving Company, Inc.
        c/o William A. Hellyer, Registered Agent
        444 N. Route 31, Suite 100
        Crystal Lake, IL 60012


                                        /s/ LaKisha M. Kinsey-Sallis
                                        LaKisha M. Kinsey-Sallis
                                        One of Plaintiffs' Attorneys