IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PETRO PAVING, INC., <br><br> Defendant. | Case No. 08 C 1876 <br><br> Judge Lefkow <br> Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:   Petro Paving Company, Inc.
       c/o William A. Hellyer, Registered Agent
       444 N. Route 31, Suite 100
       Crystal Lake, IL 60012

     PLEASE TAKE NOTICE that on **Thursday, May 22, 2008** at **9:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Joan Humphrey Lefkow, or any Judge sitting in her place, at the courtroom usually occupied by her in Courtroom 1925 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Judgment by Default Against Defendant Petro Paving Company, Inc., a copy of which is attached and served upon you.

                                                                        Respectfully submitted,

                                                                      /s/ LaKisha M. Kinsey-Sallis
                                                                       LaKisha M. Kinsey-Sallis
                                                                       One of Plaintiffs' Attorneys

J. Peter Dowd

Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361