Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1876 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Shales, et al. vs. Petro Paving, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for judgment [11] is granted. Enter Judgment by Default and Entry of Final Order. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|