HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PETRO PAVING, INC., <br><br> Defendant. | Case No. 08 C 1876 <br><br><br> Judge Lefkow <br> Magistrate Judge Denlow |

### JUDGMENT BY DEFAULT AND ENTRY OF FINAL ORDER

This matter came before the Court on Plaintiffs' Motion for Judgment by Default Against Defendant PETRO PAVING COMPANY, INC., and Entry of Final Order. The Court has examined the Plaintiffs' submissions and is fully informed. It appears that good cause exists for granting Plaintiffs' motion:

WHEREAS, the Plaintiffs filed their Complaint on April 1, 2008 and the Defendant PETRO PAVING COMPANY, INC., was served with a copy of the Complaint and Summons on April 9, 2008; and

1

WHEREAS, the Defendant has failed to answer or otherwise plead;

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendant PETRO PAVING COMPANY, INC., in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against PETRO PAVING COMPANY, INC., as follows:

1. Judgment is entered against PETRO PAVING COMPANY, INC., in the amount of **$18,992.75** and PETRO PAVING COMPANY, INC., is ordered to submit **$18,992.75** to the Plaintiffs within 10 days of the date of this Order for the following:

|  | **DELINQUENCY** |
|---|---|
| Contributions (09/07-03/08) | $ 13,381.25 |
| Liquidated Damages @ 20% | $ 2,676.25 |
| Prior Statement of LDs/Interest | $ 4,708.85 |
| Attorneys' Fees & Costs | $ 2,935.25 |
| **Total Due** | **$ 23,701.60** |
| Prior Payment | ($ 4,708.85) |
| **Balance Due** | **$ 18,992.75** |

2. In addition, the Defendant is ordered to obtain and provide the Plaintiffs with a $5,000.00 bond in the form attached to the Complaint as Exhibit A or, in the alternative, to provide an additional payment to the Funds in the amount of $5,000.00 to be held as a cash bond.

So Ordered:

_____
Honorable Judge Joan Humphrey Lefkow

Dated: MAY 2 2 2008